**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carla Macht,

Plaintiff,

vs. Cv 00-2560 RHK/JMM

Hennepin County Medical Center/
Metropolitan Health Partners,

Defendant.

**NOTICE OF HEARING**

The Defendant's Motion for Summary Judgment is scheduled for January 3, 2002, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul. The briefing schedule is not changed to reflect the new hearing date.

November 21, 2001

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

NOV 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK