**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Carla Macht,

Plaintiff,

vs.

Civil No. 00-2560 (RHK/JMM)

**ORDER**

Hennepin County Medical Center/
Metropolitan Health Partners,

Defendant.

---

Defendant's Motion for Summary Judgment is referred to Magistrate Judge John M. Mason for a recommended disposition. The briefing schedule remains in effect, but the January 3, 2002 hearing before the undersigned is **CANCELED**. Judge Mason will advise the parties of a new hearing date.

Dated: November 29, 2001

RICHARD H. KYLE
United States District Judge

NOV 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK