UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CARLA MACHT,

Plaintiff,

v.

HENNEPIN COUNTY MEDICAL CENTER/
METROPOLITAN HEALTH PARTNERS,

Defendant.

CIVIL NO. 00-2560 (RHK/JMM)

ORDER/NOTICE OF HEARING

By Order dated November 29, 2001, Defendant's Motion for Summary Judgment [Docket No. 8] has been referred to the undersigned for disposition.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The current briefing scheduling remains in effect.

2. Oral argument on Defendant's Motion for Summary Judgment will be heard before the undersigned on January 3, 2002 at 1:30 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: December 4, 2001

JOHN M. MASON
United States Magistrate Judge

FILED DEC 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK