CV 00-2560 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR MARCH, 2002 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning March 1, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By February 14, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By February 20, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By February 25, 2002: Responses to the Written Objections.

Dated: December 28, 2001

RICHARD H. KYLE
United States District Judge

FILED DEC 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

| | | |
|---|---|---|
| 1. | Hou-Tex Trust | Roger Anderson<br>651-224-5864 |
| | vs CV 00-306 RHK/JMM<br>COURT | |
| | Tuschner & Company Inc.<br>etal | James Hanneman<br>Michael McCarthy<br>612-672-8200 |
| | | Richard Koch<br>612-827-8101<br>Michael Ryan<br>561-746-1050 |
| | | David Kraker<br>612-827-8124 |
| 2. | Ismelda Hahn | Leslie Lienemann<br>952-346-0619 |
| | vs CV 00-2282 RHK/SRN<br>COURT | Celeste Culberth<br>952-346-0619 |
| | Minnesota Beef Industries Inc. | William Egan<br>952-836-2770 |
| 3. | Carla Macht | James Kaster<br>Diane Odeen<br>612-338-1919 |
| | vs CV 00-2560 RHK/JMM<br>JURY | |
| | Hennepin County Medical Center<br>Metropolitan Health Partners | Beverly Wolfe<br>612-348-5550<br>Cheri Sudit<br>612-348-5518 |

4.

| | |
|---|---|
| **Equal Employment Opportunity Commission** | **Rosemary Fox**<br>**414-297-1111**<br>**Tina Burnside**<br>**612-335-4040** |
| **vs CV 01-143 RHK/JMM**<br>**JURY** | |
| **Quality Port Processors Inc. of Texas etc.** | **John Beckmann**<br>**507-433-3483** |

5.

| | |
|---|---|
| **Twin City Floor Covering Industry Pension Fund** | **Richard Evans**<br>**612-338-2525** |
| **vs CV 01-470 RHK/JMM**<br>**COURT** | |
| **LeeAnn Louis Ritter etal** | **Steven Ness**<br>**952-945-0909**<br>**Michael Zimmer**<br>**612-334-3399**<br>**Michael Feist**<br>**651-223-5175** |