UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CARLA MACHT,

Plaintiff,

v.

HENNEPIN COUNTY MEDICAL CENTER/
METROPOLITAN HEALTH PARTNERS,

Defendants.

Civil No. 00-2560 RHK/JMM

NOTICE OF FINAL
SETTLEMENT CONFERENCE

---

The above-referenced case is assigned to Judge Richard H. Kyle for trial. A final settlement conference will be held on February 8, 2002, at 10:00 a.m., in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

Each attorney shall submit to the undersigned at least three days before the date of the settlement conference a confidential letter setting forth the parties' respective

Filed JAN 25 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

settlement position. Sanctions may be imposed for failure to comply with any of the foregoing instructions.

Dated: 1/25/02

ARTHUR J. BOYLAN
United States Magistrate Judge