**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Carla Macht,

Plaintiff,

vs.

Hennepin County Medical Center/
Metropolitan Health Plan,

Defendants.

Civil No. 00-2560 (RHK/JMM)

**COURT APPROVAL**
**OF SETTLEMENT**

---

Pursuant to Minn. Stat. § 466.08 (1994), this Court hereby approves settlement between Hennepin County Medical Center/Metropolitan Health Plan and Carla Macht in the amount of Twenty-Four Thousand Dollars ($24,000).

Dated: April 11, 2002

RICHARD H. KYLE
United States District Judge

APR 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK